AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U.S.

V.

Franklin Soto Pena

APPEARANCE

CR05-70-T

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Franklin Soto Pena

I certify that I am admitted to practice in this court.

6/8/5

*Date*

[signature]

*Signature*

George J. West

*Print Name*

3052.

*Bar Number*

One Financial Plaza Ste 1500

*Address*

Prov.

*City*

RI

*State*

02903

*Zip Code*

401-[redacted] 861-9042

*Phone Number*

861-0330

*Fax Number*

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.