AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Franklin Soto-Pena

APPEARANCE Cr- 0570

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Franklin Soto-Pena

I certify that I am admitted to practice in this court.

6/16/05
*Date*

[signature]
*Signature*

Matthew B. Smith #4180
*Print Name* *Bar Number*

1804 Westminster St.
*Address*

Prov. RI 02909
*City* *State* *Zip Code*

(401) 453-0700 (401) 454-5557
*Phone Number* *Fax Number*

form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.