**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR. No. 05-70-03T

FRANKLIN SOTO PENA

**MOTION TO WITHDRAW AS COUNSEL APPOINTED PURSUANT TO THE CRIMINAL JUSTICE ACT**

**NOW** comes the Defendant, FRANKLIN SOTO PENA, and by and through his court-appointed counsel, George J. West, and moves that said counsel be allowed to withdraw as attorney for the defendant. The reason for this request is that the defendant has exercised his right to select counsel of his choice, and private counsel has entered his appearance.

Respectfully submitted,
Franklin Soto Pena
By his attorney,

George J. West, Esq. #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax
Dated: June 29, 2005

CERTIFICATION

I hereby certify that on this 29th day of June 2005, I forwarded a copy of the within Motion to Withdraw to Adi Goldstein, Assistant U.S. Attorney, United States Attorney's Office, Fleet Center, 8th Floor, Providence, RI 02903