UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR. No. 05-70-03T

FRANKLIN SOTO PENA

## MOTION TO WITHDRAW AS COUNSEL APPOINTED PURSUANT TO THE CRIMINAL JUSTICE ACT

**NOW** comes the Defendant, FRANKLIN SOTO PENA, and by and through his court-appointed counsel, George J. West, and moves that said counsel be allowed to withdraw as attorney for the defendant. The reason for this request is that the defendant has exercised his right to select counsel of his choice, and private counsel has entered his appearance.

GRANTED
Ernest C. Torres
Chief, US District Judge
7/5/05

Respectfully submitted,
Franklin Soto Pena
By his attorney,

George J. West, Esq. #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax
Dated: June 29, 2005