IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 05-70T |
| | ) | |
| JULIAN RODRIGUEZ, ET AL. | ) | |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby provides notice that Stephanie S. Browne will be appearing for the United States in this matter.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 19th day of July, 2005, I mailed a true copy of the Government's Notice of Appearance, ordinary mail and postage prepaid, to:

James T. McCormick, Esq.
128 Dorrnace Street
Suite 330
Providence, Rhode Island 02903-2814

Matthew Smith, Esq.
1206 Westminster Street
Providence, RI 02909

John Verdecchia, Esq.
1206 Westminster Street
Providence, RI 02909

Lidona M. Steele