**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 05-70T**

**FRANKLIN SOTO PENA**

# MOTION PROHIBITING THE DESTRUCTION OF EVIDENCE

Now comes the Defendant, Franklin Soto Pena, by and through counsel and hereby respectfully requests that this Honorable Court issue an order prohibiting the Government from destroying any and all evidence seized in the above-referenced case. Specifically, the Defendant seeks to preserve the cocaine seized by the Government on or about June 7, 2005.

Respectfully submitted,
Defendant, Franklin Soto Pena
By his Attorney,

/s/

Matthew B. Smith. Esq. (4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {Fax}

## CERTIFICATION

I, the undersigned, do hereby certify that I mailed a true copy of the within Motion to Stephanie S. Browne, A.U.S.A., Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on this 10th day of August, 2005.