IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 05-070T |
| | ) | |
| FRANKLIN SOTO PENA | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
PROHIBITING THE DESTRUCTION OF EVIDENCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Stephanie S. Browne, Assistant U.S. Attorney, and hereby responds to defendant's Motion Prohibiting the Destruction of Evidence.

The government does not object to the defendant's motion. The government respectfully asks that the Court rule in an expedited fashion so that, if the motion is granted, the government may communicate the Court's Order to the Drug Enforcement Administration as soon as possible.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHANIE S. BROWNE
Assistant U.S. Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on this 15th day of August 15, 2005, I served by first class mail, postage prepaid, a copy of the within Government's Response To Defendant's Motion Prohibiting The Destruction Of Evidence to the following:

Matthew Smith, Esq.
1206 Westminster Street
Providence, RI 02909

Paula Hosey