**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-70-03T** **DATE**: September 8, 2005
**TITLE OF CASE:** USA v. Franklin Soto Pena

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **N/A**

---

**COUNSEL PRESENT**

Government: Stephanie Brown, AUSA

Defendant: Matthew Smith, Esquire

---

**PROCEEDINGS:** **Hearing on Motion to Continue Impanelment and Enlargement of Time Within Which to File Pretrial Motions and Incorporated Memorandum of Law.**

All counsel of record present. Court addresses. Defense counsel addresses Motion. No objection to Motion by the Government. No objection to Motion by counsel for defendant Pedro Gonzales. Attorney Smith represents there is no objection by counsel for defendant Julian Sahagun Rodriguez. Court addresses. Court grants Motion and continues impanelment to the October trial calendar. Court extends time to file pretrial motions and accompanying memoranda up to and including September 22, 2005.