**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

vs. C.A. No. 05-70-03T

FRANKLIN SOTO-PENA,
Defendant

**ORDER GRANTING DEFENDANT'S MOTION TO ENLARGE TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS AND INCORPORATED MEMORANDUM OF LAW**

For reasons stated in open court, Defendant's Motion to Enlarge Time within which to File Pretrial Motions and Incorporated Memorandum of Law is hereby GRANTED. Defendant may have up to and including September 22nd, 2005 within which to file pretrial motions.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge Ernest C. Torres
date: 9/19/05