UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v.
: C.R. 05-70-03T
FRANKLIN SOTO PENA
:

CONSENT TO VOIR DIRE/JURY SELECTION
BY A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(b)(3), the undersigned hereby voluntarily consent to have a Magistrate Judge rather than a District Judge conduct the voir dire and jury selection in this case.

FOR THE GOVERNMENT:

[signature] Date: 18 Oct 05

Signature of AUSA

STEPHANIE S. BROWNE

Printed Name of AUSA

FOR THE DEFENDANT:

[signature] Date: 10/18/05

Signature of Defense Attorney

MATTHEW B. SMITH

Printed Name of Defense Attorney

Defendant must indicate consent by signing below:

FRANKLIN SOTO PEÑA Date: 10/18/05

Signature of Defendant

Franklin Soto-Pena

Printed Name of Defendant