UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America

V. CR05-070T

Pedro Gonzales

EXHIBIT RECEIPT

Government Exhibit(s) 1 released to:

Michael Naylor, DEA

Name(Printed)

Deputy Clerk

DATE: Oct. 25, 2005