IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED OCT 26 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
v. ) Cr. No. 05-070T
)
PEDRO GONZALES )
FRANKLIN SOTO PENA )

STIPULATION

The United States of America and the defendants, PEDRO GONZALES and FRANKLIN SOTO PENA, hereby stipulate and concede that the substance seized from the Maxima bearing Massachusetts license plate 27H Y37 and which has been marked as exhibit 1 contains cocaine hydrochloride, a Schedule II Controlled Substance. The defendants concede that exhibit 1 is a representative sample of the total amount of cocaine which weighed 61.44 kilograms. GONZALES and SOTO PENA further concede that the photograph which is marked as exhibit 3 depicts the total amount of cocaine seized from the Maxima bearing Massachusetts license plate 27H Y37. The defendants GONZALES and SOTO PENA agree that any of the cocaine seized in this case in excess of 10 kilograms may be destroyed by the United States at the conclusion of the trial in this matter. They agree that they waive any and all appellate rights they may have to the retention of the entire amount of cocaine seized and agree that for

purposes of sentencing, the total amount of cocaine seized is 61.44 kilograms.

STEPHANIE S. BROWNE
Assistant U.S. Attorney

MATTHEW SMITH, ESQ.
Counsel for Defendant

FRANKLIN SOTO PENA
FRANKLIN SOTO PENA
Defendant

ALBERT E. MEDICI, JR., ESQ.
Counsel for Defendant

Pedro Gonzales
PEDRO GONZALES
Defendant

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE