**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Government

vs. C.R. No. 05-70T

JULIAN SAHAGUN RODRIGUES, ET AL.,
Defendants

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS FOR JUDGMENT OF AQUITTAL**

On October 24, 2005, Defendants, Pedro Gonzales and Franklin Soto Pena, each made an Oral Motion for Judgment of Aquittal as to both counts of the indictment. For reasons stated in open court, said Motion as to Counts I and II of the indictment for Defendant Pedro Gonzales is hereby denied. Motion for Judgment of Aquittal as to Defendant Franklin Soto Pena is hereby denied as to Count I and granted as to Count II of the indictment.

By Order:

____________________
Deputy Clerk

ENTER:

Ernest C. Torres

Chief Judge Ernest C. Torres
date: 10\31\05