AO 245A (Rev. 7/87) Judgment of Acquittal

# United States District Court
## *District of Rhode Island*

**UNITED STATES OF AMERICA** JUDGMENT OF ACQUITTAL

V.

CASE NUMBER: CR05-70T

FRANKLIN SOTO PENA

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

COUNT I - Aquitted by Jury Verdict.

COUNT II - Aquitted by the granting of Defendant's Motion for Judgment of Aquittal.

Ernest C Torres

Signature of Judicial Officer

Ernest C. Torres, Chief Judge

Name and Title of Judicial Officer

11/7/05

Date

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.